UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-241-D1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERNEST CHARLES MCNEILL, III | ORDER TO SEAL |

On motion of the Defendant, Ernest Charles McNeill, III, and for good cause shown, it is hereby ORDERED that DE 63 be sealed until further notice by this Court.

IT IS SO ORDERED.

This __13__ day of September, 2020.

JAMES C. DEVER III
United States District Judge