IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CR-241-D

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>) ORDER<br>EARNEST CHARLES McNEILL, III., )<br>a/k/a "Scooter" )<br>_____ ) | |

This matter comes before the Court on motion of the United States to seal Exhibit 1, the presentence report, and Exhibit 3, Bureau of Prisons medical records. For good cause shown, the Court GRANTS the United States' motion to seal until further order of the Court. The Clerk of Court is directed to provide a copy of the sealed documents to the United States and Defendant.

SO ORDERED this _13_ day of September 2020.

JAMES C. DEVER III
United States District Judge