IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:10-CR-241-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ERNEST CHARLES MCNEILL III, | ) | |
| | ) | |
| Defendant. | ) | |

On May 14, 2021, Ernest Charles McNeill III filed a motion for judicial recommendation for residential reentry center placement [D.E. 84]. The Bureau of Prisons ("BOP") gets to decide whether McNeill will serve his imprisonment in a residential reentry center. See 18 U.S.C. §§ 3621(b), 3624(c). If McNeill is not satisfied with the BOP's decision, McNeill may seek judicial review.

In sum, McNeill's motion for recommendation motion for judicial recommendation for residential reentry center placement [D.E. 84] is DENIED without prejudice.

SO ORDERED. This 11 day of June 2021.

JAMES C. DEVER III
United States District Judge