IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CR-241-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ERNEST CHARLES MCNEILL, III, | ) | |
| | ) | |
| Defendant. | ) | |

The United States SHALL respond to defendant's motion for early termination of supervised release [D.E. 87] (and include Probation's position) not later than February 27, 2026.

SO ORDERED. This _17_ day of January, 2026.

JAMES C. DEVER III
United States District Judge