UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Ernest Charles McNeill III**                    **Docket No. 5:10-CR-241-1D**

### Petition for Action on Supervised Release

COMES NOW Michael Torres, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ernest Charles McNeill III, who, after entering a plea of guilty to Conspiracy to Distribute and Possess With the Intent to Distribute 50 Grams or More of Cocaine Base (Crack) and 5 Kilograms or More of Cocaine, in violation of 21 U.S.C. § 846, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on February 23, 2011, to the custody of the Bureau of Prisons for a term of 264 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. Ernest Charles McNeill III was released from custody on January 13, 2022, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has remained fully compliant since his release from custody and has demonstrated motivation and positive adjustment while on supervision. The probation office has determined the defendant is an appropriate candidate for Moral Recognition Therapy to further support pro-social decision-making. As part of the U.S. Probation Office's Early Termination Policy, the defendant has agreed to participate in a cognitive behavioral therapy program to address criminal thinking patterns and reduce future risk. The addition of this condition will assist the defendant in maintaining positive thinking patterns and avoiding high-risk behavior. The defendant has signed a Waiver of Hearing consenting to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Mark Culp
Mark Culp
Supervising U.S. Probation Officer

/s/ Michael Torres
Michael Torres
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 910-929-0768
Executed On: February 2, 2026

## ORDER OF THE COURT

Considered and ordered this _____3_____ day of _____February_____, 2026, and ordered filed and made a part of the records in the above case.


_____
James C. Dever III
U.S. District Judge